# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH V. SAYER  and, )<br>LOLA K. SAYER )<br>)<br>Defendant. ) | Civil No. 04-57-P-C |

## ORDER ADOPTING AND AFFIRMING THE MAGISTRATE
## JUDGE'S RECOMMENDED DECISION

Now before the Court is Party of Interest's Objection to the Recommended Decision of the Magistrate Judge (Docket Item No. 126).  Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the Magistrate Judge's Recom mended Decision herein (Docket Item No. 123) together with the entire record on the Motion and of the Party of Interest's Objection and the Plaintiff's Response to Party of Interest's Objection (Docket Item No. 128).

The Court **ADOPTS** and **AFFIRMS** the Recommended Decision and it is hereby **ORDERED** that the United States' motion for summary judgment as to party-in-interest Robert Reisner be, and it is hereby, **GRANTED**.

/s/ Gene Carter,
Gene Carter,
Senior U.S. District Judge